# Court of Appeals
# of the State of Georgia

ATLANTA, November 10, 2014

*The Court of Appeals hereby passes the following order*

**A15D0100. SHUNTAVIOUS S. JACKSON v. THE STATE.**

Upon consideration of the Application for Discretionary Appeal, it is ordered that it be

hereby DENIED.

LC NUMBERS:

SUR201392



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta, November 10, 2014.*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*Stephen E. Castlen* , *Clerk.*